UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| KOPLIN B & W LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MIDDLETON REUTLINGER P.S.C., ) <br> ) <br> Defendant. ) <br> ) <br> ) <br> ) <br> ) | Civil Action No. 3:23-CV-017-CHB <br><br> **ORDER OF DISMISSAL WITH PREJUDICE AND ORDER DENYING AS MOOT PLAINTIFF'S *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION AND MOTION FOR IMMEDIATE APPOINTMENT OF RECEIVER** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the parties' Stipulation of Dismissal [R. 16] of each of Plaintiff Koplin B & W LLC's claims against Defendant Middleton Reutlinger P.S.C., signed by all parties who have appeared pursuant to Fed. R. Civ. P 41(a)(1)(A)(ii). Accordingly, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1. Plaintiff's claims in this matter against the Defendant are **DISMISSED WITH PREJUDICE**.

2. Plaintiff's *Ex Parte* Motion for Temporary Restraining Order and Preliminary Injunction [**R. 6**][1] and Motion for Immediate Appointment of Receiver [**R. 7**] are **DENIED as moot**.

---

[1] Plaintiff's *Ex Parte* Motion for Temporary Restraining Order and Preliminary Injunction [R. 6] was ordered unsealed on January 17, 2023 [R. 13]

3. All dates and deadlines are hereby **VACATED**, and this matter is **STRICKEN** from the Court's active docket.

This the 24th day of January, 2023.

*Claria Horn Boom*
CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

cc: Counsel of Record